# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FARM CREDIT OF NORTHWEST FLORIDA, ACA** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **ROBERT A. DILSHEIMER, et al** | : | **NO. 10-4515** |

# ORDER

**AND NOW**, this 1st day of March, 2011, upon consideration of the Plaintiff's Motion to Strike Certain Affirmative Defenses, or Alternatively, for Judgment on the Pleadings (Document No. 13), the Defendants' Cross-Motion for Judgment on the Pleadings to Dismiss the Plaintiff's Complaint and Opposition to the Plaintiff's Motion to Strike Affirmative Defenses (Document No. 15), and the Plaintiff's Brief in Opposition to Defendants' Cross-Motion or Judgment on the Pleadings (Document No. 16), it is **ORDERED** as follows:

1. The plaintiff's motion is **GRANTED IN PART** and **DENIED IN PART**;

2. The defendants' First, Tenth, Eleventh, Twelfth, Seventeenth and Eighteenth affirmative defenses are **STRICKEN**;

3. The defendants' cross-motion for judgment on the pleadings is **DENIED**.

        /s/Timothy J. Savage
        TIMOTHY J. SAVAGE, J.